UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER CABRERA-RODRIGUEZ,<br><br>Defendant. | Case No.: 25-CR-4060-RSH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Indictment is hereby GRANTED.  The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: ___3/13/26___

_Robert S Huie_
_____
Hon. Robert S. Huie
United State District Judge